**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Kevin Long, | : |
| Plaintiff, | : Civil Action No.: 1:10-cv-01451-JFM |
| v. | : |
| McMullen & Drury P.A.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue this litigation;

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against the Defendant without prejudice and without costs to any party.

Dated: September 9, 2010

| PLAINTIFF | DEFENDANT |
|---|---|
| Kevin Long | McMullen & Drury P.A. |
| By: /s/ Forrest E. Mays | By: /s/ R. Scott Krause |
| Forrest E. Mays (Bar No. 07510) | R. Scott Krause (Federal Bar No. 23667) |
| 2341 N Forrest Drive, Suite 90 | Eccleston and Wolf, P.C. |
| Annapolis, MD  21403 | Baltimore-Washington Law Center |
| Telephone: (410) 267-6297 | 7240 Parkway Drive, 4th Floor |
| Facsimile: (410) 267-6234 | Hanover, MD  21076 |
| Of Counsel To | Telephone: 410-752-7474 |
| Lemberg & Associates L.L.C. | Facsimile: 410-752-0611 |
| 1100 Summer Street, 3rd Floor | *Attorneys for Defendant* |
| Stamford, CT 06905 | |
| *Attorneys for Plaintiff* | |

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 9th day of September, 2010, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system which sent notice of such filing to the following:

R. Scott Krause
Eccleston and Wolf, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD  21076
*Attorneys for Defendant*

                                            /s/ Forrest E. Mays
                                            Forrest E. Mays